# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **LARRY ROLLINS** | **CIVIL ACTION NO. 18-1220** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JERRY GOODWIN** | **MAG. JUDGE KAREN L. HAYES** |

## **JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Larry Rollins' Petition for Writ of *Habeas Corpus* [Doc. No. 1] is **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 13th day of November, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE